UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**GARRY STOKES,**          CASE NO.:   1:17-cv-00126-ODE

    **Plaintiff,**

vs.

**ENFORCERS PROTECTIVE SERVICE, INC., A GEORGIA CORPORATION, AND LANAR BRISCOE, INDIVIDUALLY,**

    **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismiss this action WITHOUT PREJUDICE as Plaintiff has been unable to serve Defendants on numerous occassions.

Dated this 20th day of June, 2017.

          **/s/ C. RYAN MORGAN**
          C. Ryan Morgan, Esquire
          GEORGIA BAR NO.:  711884
          MORGAN & MORGAN, P.A.
          20 N. Orange Ave., 14th Floor
          Orlando, FL  32801
          Telephone: (407) 420-1414
          Facsimile: (407) 420-5956
          E-mail:  RMorgan@forthepeople.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that a copy of the foregoing has been forwarded nu U.S. Mail to ENFORCERS PROTECTIVE SERVICE, INC., a Georgia Corporation, C/O LANAR BRISCO, REGISTERED AGENT, 4361 THORNGATE LANE, ACTWORTH, GA 30101 and LANAR BRISCO, INDIVIDUALLY, 4361 THORNGATE LANE, ACTWORTH, GA 30101, *Defendants*.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esq.